1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

12  TECHNOLOGY LICENSING COMPANY,                Case No.: 06cv4350 (SBA)
    INC., a California Corporation

13                         Plaintiff,            Action Filed:  July 17, 2006
                                                  AMENDED
14            v.                                 **CASE MANAGEMENT SCHEDULING
                                                 ORDER**
15  APEX DIGITAL, INC., a California
    Corporation

16
                           Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

44030126.1

| EVENT | DATE |
|---|---|
| CMC | November 30, 2006 |
| TLC's Disclosure of Asserted Claims and Preliminary Infringement Contentions due | December 11, 2006 |
| TLC's documents supporting its Disclosure due | December 11, 2006 |
| Apex's Preliminary Invalidity Contentions due | February 9, 2007 |
| Apex's documents supporting its Preliminary Invalidity Contentions due | February 12, 2007 |
| Simultaneous exchange of Proposed Terms and Claim Elements for Construction | February 20, 2007 |
| Meet and confer re: Proposed Terms and Claim Elements for Construction | February 26, 2007 |
| Simultaneous exchange of Preliminary Claim Constructions, etc. per Patent L.R. 4-2 | March 1, 2007 |
| Meet and confer re: preparing a Joint Claim Construction and Pre-hearing Statement | March 8, 2007 |
| Joint Claim Construction and Pre-hearing Statement due | April 6, 2007 |
| Discovery on claim construction closes | May 7, 2007 |
| TLC's opening brief due | May 21, 2007 |
| Apex's opposition due | June 4, 2007 |
| TLC's reply due | June 11, 2007 |
| | |
| Exchange of exhibits to be used at the Claim Construction Hearing | June 28, 2007 |
| Claim Construction Hearing | July 2, 2007 @ 9:00 a.m. |
| Case Management Conference to follow | XXXXX XXXX XX XXXX XX. |

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

1

2

Dated:   _ 1/3/07 ____                    _____

3                                          United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28