| | |
|---|---|
| Kenneth D. Watnick (Bar No. 150936) | John W. Carpenter (Bar No. 221708) |
| Ivan L. Tjoe (Bar No. 203420) | Technology Licensing Company Inc. |
| Lewis Brisbois Bisgaard & Smith LLP | 33 ½ Los Pinos |
| 221 North Figueroa Street, Suite 1200 | Nicasio, CA 94946 |
| Phone: (213) 250-1800 | Phone: (415) 240-4700 |
| Facsimile: (213) 250-7900 | Facsimile: (415) 276-9857 |
| Email: watnick@lbbslaw.com | Email: john@jwcarpenterlaw.com |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |
| *Apex Digital, Inc.* | *Technology Licensing Company Inc.* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **Technology Licensing Company, Inc.,**<br><br>Plaintiff<br><br>v.<br><br>**Apex Digital, Inc.**<br><br>Defendant | Case No. C 06cv4350 SBA<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUING DATES FOR BRIEFS ON CLAIM CONSTRUCTION AND CLAIM CONSTRUCTION HEARING<br><br>JUDGE: Saundra B. Armstrong |

### Stipulation

Pursuant to Civil L.R. 6-2, Plaintiff TECHNOLOGY LICENSING COMPANY, INC. ("TLC") and Defendant APEX DIGITAL, INC. ("Apex") hereby stipulate to a continuance of the dates of briefs due for claim construction and for the Claim Construction Hearing.

The current due dates for all briefs on claim construction and for the Claim Construction Hearing are as follows:

| | |
|---|---|
| TLC's Opening Brief Due | May 21, 2007 |
| Apex's Opposition Due | June 4, 2007 |
| TLC's Reply Due | June 11, 2007 |
| Exchange of Exhibits to be used at Claim Construction Hearing | June 28, 2007 |
| Claim Construction Hearing | July 2, 2007 (9:00 AM) |

TLC and Apex have reached an agreement in principle to resolve all disputes arising from this litigation. Subsequent to reaching an agreement in principle, TLC received notification that a 3rd party presently wishes to purchase the Patent (U.S. Patent No. 5,734,862) made subject of this law suit. [Declaration of Dan Remer in Support of Stipulation at ¶ 2] ("Remer Decl.") The 3rd party is currently conducting due diligence precluding TLC and Apex from entering into a written Settlement and General Mutual Release Agreement. After due diligence has been completed, it is presently anticipated that the Patent will be sold to the 3rd party in June. Remer Decl. at ¶¶3,4.

The parties have agreed that it would be in the best interest of the parties to seek a continuance of current due dates for all briefs on claim construction and for the Claim Construction Hearing to the following dates, or to whatever date and time hereafter as set by the Court:

| | |
|---|---|
| TLC's Opening Brief Due | July 30, 2007 |
| Apex's Opposition Due | August 13, 2007 |
| TLC's Reply Due | August 20, 2007 |
| Exchange of Exhibits to be used at Claim Construction Hearing | September 20, 2007 |
| Claim Construction Hearing | November 1, 2007 (9:00 AM) |

STIPULATION FOR CONTINUING DATES
FOR BRIEFS AND CLAIM CONSTRUCTION
HEARING

1  The Court has not previously granted a time modification of the Case Management Order
2  in this matter.
3  The present requested time modification would have no material effect on the schedule for
4  this case.
5
6  Accordingly, it is hereby stipulated and agreed that the current due dates for all briefs on
7  claim construction and for the Claim Construction Hearing be continued to the following dates, or
8  to whatever date and time hereafter as set by the Court:

| | |
|---|---|
| TLC's Opening Brief Due | July 30, 2007 |
| Apex's Opposition Due | August 13, 2007 |
| TLC's Reply Due | August 20, 2007 |
| Exchange of Exhibits to be used at Claim Construction Hearing | September 20, 2007 |
| Claim Construction Hearing | November 1, 2007 (9:00 AM) |

Respectfully submitted,

DATED: May 15, 2007

_____
John W. Carpenter
*Attorney for Plaintiff*
*Technology Licensing Company, Inc.*

DATED: May 15, 2007

Lewis Brisbois Bisgaard & Smith LLP

By _____
Kenneth D. Watnick
Ivan L. Tjoe
*Attorneys for Defendant*
*Apex Digital, Inc.*

3

STIPULATION FOR CONTINUING DATES
FOR BRIEFS AND CLAIM CONSTRUCTION
HEARING

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION AND UPON GOOD CAUSE SHOWN, IT IS SO |
| 3 | ORDERED. |
| 4 | |
| 5 | Dated  5-23-        , 2007 |

*/s/ Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Judge

STIPULATION FOR CONTINUING DATES
FOR BRIEFS AND CLAIM CONSTRUCTION
HEARING