**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

TECHNOLOGY LICENSING CO., INC.,                    No. C 06-4350 SBA

    Plaintiff,                                              **ORDER**

  v.

APEX DIGITAL, INC.,

    Defendants

    The parties' stipulation to continue the briefing dates on the claim construction and claim construction hearing [Docket No. 24] is DENIED. Contrary to the parties' representation that the requested continuance will have no material effect on the schedule for this case, the proposed continuation would impact the motion cut-off date of January 15, 2008, the pre-trial conference set for February 26, 2008, and the trial date of March 24, 2008. *See* Docket No. 14.

    IT IS SO ORDERED.

September 12, 2007                                    _Saundra B Armstrong_
                                               Saundra Brown Armstrong
                                               United States District Judge