Kenneth D. Watnick (Bar No. 150936)
Ivan L. Tjoe (Bar No. 203420)
Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA
Phone: (213) 250-1800
Facsimile: (213) 250-7900
Email: watnick@lbbslaw.com

*Attorneys for Defendant*
*Apex Digital, Inc.*

John W. Carpenter (Bar No. 221708)
Technology Licensing Company Inc.
33 ½ Los Pinos
Nicasio, CA 94946
Phone: (415) 240-4700
Facsimile: (415) 276-9857
Email: john@jwcarpenterlaw.com

*Attorney for Plaintiff*
*Technology Licensing Company Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **Technology Licensing Company, Inc.,** Plaintiff  v.  **Apex Digital, Inc.** Defendant | Case No. C 06cv4350 SBA  STIPULATION AND [PROPOSED] ORDER OF DISMISSAL  JUDGE: Saundra B. Armstrong |

IT IS HEREBY STIPULATED by and between Plaintiff Technology Licensing Company, Inc. ("TLC") and Defendant Apex Digital, Inc. ("APEX"), through their respective counsel, that

the above-captioned action filed by Plaintiff TLC is hereby dismissed with prejudice pursuant to and in accordance with the terms of the parties' Settlement Agreement.

Each party shall bear its own costs.


Dated: January 24, 2008        John W. Carpenter

By: _____
John W. Carpenter
Attorney for Plaintiff Technology Licensing
Company, Inc.,


Dated: January 24, 2008        Lewis Brisbois Bisgaard & Smith LLP

By: _____
Kenneth D. Watnick
Attorneys for Defendant Apex Digital, Inc.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 25, 2008        _____
Honorable Saundra B. Armstrong